UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LINDKE,

    Plaintiff,                             Case No. 2:23-cv-12697

v.                                     HONORABLE STEPHEN J. MURPHY, III

CITY OF PORT HURON and BRIAN
KERRIGAN,

    Defendants.

_____/

## ORDER REQUIRING JOINT STATUS REPORT

The discovery deadline is April 8, 2024. ECF 12. Because the discovery deadline is near, the Court will require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in alternative dispute resolution, and an anticipated timeline of when they will be prepared to engage in meaningful mediation.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report **no later than April 8, 2024**.

    **SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: March 1, 2024